UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRIAN ADAMS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 22-cv-02089-DMR

**ORDER**

Re: Dkt. No. 8

    This lawsuit seeking review of a denial of Supplemental Security Income benefits was originally filed in the Eastern District of Arkansas and transferred to this district with a pending motion to withdraw. In that motion, Plaintiff Garrian Adams's attorney Mickey Stevens requests a court order allowing him to withdraw from further representing Adams because the case is no longer in the Eastern District of Arkansas and he is not licensed to practice law in California or before this court.

    The court will give both parties an opportunity to respond to this motion by **Wednesday, May 11, 2022**. Adams may file a statement indicating that he consents to his lawyer's withdrawal from further representation. Alternatively, he may file an objection to his lawyer's motion in which he states the reasoning for his objection and any legal authority supporting his objection. Defendant Social Security Administration may also file an opposition or statement of non-opposition. Plaintiff's lawyer shall immediately serve this order on his client.

    **IT IS SO ORDERED.**

Dated: April 11, 2022

Donna M. Ryu

United States Magistrate Judge